**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x Civil Action No.: CV-06-2830 (JG)(JMA)

UNITED STATES OF AMERICA, §
　　　　　　　　　　　　　　　　§
　　　　　　　　Plaintiff, §
　　- against - §
　　　　　　　　　　　　　　　　§
MARIA CARUCCI §
MARIA TRANI, §
　　　　　　　　　　　　　　　　§
　　　　　　　　Defendant. §
----------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 23 2006 ★

BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Maria Carucci failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Maria Carucci:

**Claim No. C-92807W**

| | |
|---|---|
| Principal Balance: | $2,827.53 |
| Total Interest Accrued at 8.000%: | $1,134.42 |
| Filing and Service of Process: | $385.00 |
| Subtotal: | $4,346.95 |
| Attorney's Fees: | $ 869.39 |
| Total Owed: | $5,216.34 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
August 21, 2006

　　　　　　　　　　　　　　s/John Gleeson
　　　　　　　　　　　　　　―――――――――――
　　　　　　　　　　　　　　John Gleeson
　　　　　　　　　　　　　　United States District Judge